```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

<u>Beverage Management Systems, Inc.</u>

       v.                        Civil No. 13-cv-160-SM

<u>Robert Ott</u>

## O R D E R

By notice dated April 5, 2013, attorneys David Sweeney, Paul G. Dodds, Keith S. Dubanevich, and Nadine A. Gartner were instructed to seek pro hac vice admission.  To date, the required motions for admission to practice before this court have not been filed.

Attorney **David Sweeney, Paul G. Dodds, Keith S. Dubanevich, and Nadine A. Gartner** shall have a member of our bar file on their behalf a motion seeking pro hac vice admission on or before June 25, 2013.  Failure to comply with this order will result in attorneys David Sweeney, Paul G. Dodds, Keith S. Dubanevich, and Nadine A. Gartner being removed from the docket as counsel of record.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: June 12, 2013

```
cc:   David J. Sweeney
      Paul G. Dodds
      Keith S. Dubanevich
      Nadine A. Gartner
      Mark E. Howard
      Conrad WP Cascadden
```